| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CASE NO. 4:14-CR-28(13) |
| | § | |
| MARK HODGES | § | |

## REFERRAL ORDER

Defendant Mark Hodges's Motion to Withdraw Plea Agreement (#739) and second Motion to Withdraw Plea Agreement (#742) are referred to the Honorable Don D. Bush, United States Magistrate Judge, for consideration, hearing, and entry of proposed findings and recommended disposition. *See* 28 U.S.C. § 636(b)(1)(B); Local Rules, Appendix B.

SIGNED at Beaumont, Texas, this 16th day of June, 2016.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE