# TRANSCRIPT ORDER

AO 435 (Rev. 03/08)
Administrative Office of the United States Courts

**FOR COURT USE ONLY**
DUE DATE:

Please Read Instructions:

| Field | Value |
|---|---|
| 1. NAME | Rob Graham |
| 2. PHONE NUMBER | (972) 509-1201 |
| 3. DATE | 6/21/2016 |
| 4. MAILING ADDRESS | 101 E. Park Blvd., Ste. 500 |
| 5. CITY | Plano |
| 6. STATE | TX |
| 7. ZIP CODE | 75074 |
| 8. CASE NUMBER | 4:14CR28 |
| 9. JUDGE | Don D. Bush |
| 10. FROM | |
| 11. TO | |
| 12. CASE NAME | US v. Mark Hodges (13) |
| 13. CITY | |
| 14. STATE | |

**15. ORDER FOR**
[ ] APPEAL   [X] CRIMINAL   [ ] CRIMINAL JUSTICE ACT   [ ] BANKRUPTCY
[ ] NON-APPEAL   [ ] CIVIL   [ ] IN FORMA PAUPERIS   [ ] OTHER

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) COP hearing held on 4/26/2016 | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [X] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE: /s/ Rob Graham
19. DATE: 6/21/2016

ESTIMATE TOTAL: 0.00
PROCESSED BY:
PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY:
COURT ADDRESS:

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY