| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 4:14-CR-28 |
| | § | |
| MARK HODGES (13) | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On November 9, 2016, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion to Suppress the evidence and for immediate hearing under Franks (Dkt. 877) be DENIED.

There being no objections by Defendant, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is accordingly **ORDERED** that Defendant's Motion to Suppress (Dkt.828) is **DENIED.**

SIGNED at Beaumont, Texas, this 16th day of December, 2016.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE